JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSHANG ESHAGHIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN FINANCIAL GROUP, a California corporation; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00253-MCS-PLA<br><br>**JUDGMENT** |

1   In accordance with the Court's Order granting Defendant The Lincoln National Life Insurance Company's motion to dismiss without leave to amend, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant as to Plaintiff Houshang Eshaghian's claims alleging violations breach of contract, intentional misrepresentation, negligent misrepresentation, breach of fiduciary duty, breach of the implied covenant of good faith and fair dealing, and violation of California Business and Professions Code section 17200 *et seq.*

   Plaintiff shall take nothing from his action against Defendant.

**IT IS SO ORDERED.**

Dated: September 6, 2023

*Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE